UNITED STATES BANKRUPTCY COURT
FOR NORTHERN DISTRICT OF GEORGIA

IN RE:

Eric Miller
2713 PITLOCHRY ST SW
CONYERS, GA 30094,

CHAPTER: 13
CASE NUMBER: 20-61442
CLAIM AMOUNT: $140.06

Debtors.
_____

### NOTICE OF WITHDRAWAL OF PROOF OF CLAIM

COMES NOW, Jefferson Capital Systems LLC, and pursuant to Rule 3006, F.R.Bkcy.P., hereby withdraws its Proof of Claim, filed 4/2/2020 8:38:27 AM, in the amount of $140.06.

Jefferson Capital Systems LLC hereby releases and discharges the Chapter 13 Trustee from any further liability for said Proof of Claim, and specifically requests the Chapter 13 Trustee to discontinue any and all disbursements in connection with said Proof of Claim.

This 29th day of April, 2020.

Jefferson Capital Systems LLC

By: /s/ Karen Borgmann
Karen Borgmann   Bankruptcy Specialist

Jefferson Capital Systems LLC
16 McLeland Road
St. Cloud, Minnesota  56303
(800) 928-7314

**CERTIFICATE OF SERVICE**

I do hereby certify that I served a copy of the NOTICE OF WITHDRAWAL OF

PROOF OF CLAIM filed in the Bankruptcy case on:

|  |  |
|---|---|
| Debtor: | Eric Miller<br>2713 PITLOCHRY ST SW<br>CONYERS, GA 30094, |
| Debtor's Attorney: | Leonard Medley III<br>2727 Paces Ferry RD SE<br>Atlanta, GA 30339 |
| Chapter 13 Trustee: | Melissa Davey<br>260 Peachtree St., NW<br>Atlanta, GA 30303 |

by submitting electronically with the court.

This 29th day of April, 2020.

Jefferson Capital Systems LLC

By: /s/ Karen Borgmann
Karen Borgmann   Bankruptcy Specialist

Jefferson Capital Systems LLC
16 McLeland Road
St. Cloud, Minnesota  56303
(800) 928-7314